**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **SERGIO GUTIERREZ-HERNANDEZ,** aka "Sergio Gutierrez" aka "Sergio Hernandez"  Defendant. | CASE NO.  JUDGE  **INDICTMENT**  8 U.S.C. §§ 1326(a) & (b)(1) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Illegal Reentry of an Alien Removed Subsequent to a Felony Conviction)**

On or about February 19, 2024, in the Southern District of Ohio, the defendant, **SERGIO GUTIERREZ-HERNANDEZ,** an alien, knowingly and unlawfully entered and was found in the United States after having been removed, excluded, or deported from the United States on or about September 20, 2018, June 23, 2019, July 18, 2019, and September 26, 2019, with at least one removal being subsequent to a conviction for a felony, that is, Illegal Reentry of a Removed Alien, in violation of 8 U.S.C. § 1326(a), on or about September 24, 2019, in the United States District Court for the Western District of Texas, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States prior to his return.

**In violation of 8 U.S.C. §§ 1326(a) and (b)(1).**

A TRUE BILL.

*s/Foreperson*
**FOREPERSON**

**KENNETH L. PARKER**
United States Attorney

**ELIZABETH A. GERAGHTY (0072275)**
Assistant United States Attorney